IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Worrell, Tatonisha

Printed: 9/30/08

Case Number: 08 B 04394
Judge: Wedoff, Eugene R
Filed: 2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: June 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 972.00 |  |
| Secured: |  | 360.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 548.83 |
| Trustee Fee: |  | 63.17 |
| Other Funds: |  | 0.00 |
| Totals: | 972.00 | 972.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 548.83 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 4. | Personal Finance Company | Secured | 1,381.67 | 60.00 |
| 5. | Consumer Portfolio Services | Secured | 14,563.95 | 300.00 |
| 6. | RoundUp Funding LLC | Unsecured | 42.54 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 99.66 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 238.00 | 0.00 |
| 9. | Hammond Radiologist | Unsecured | 34.80 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 29.96 | 0.00 |
| 11. | U.S. Department Of Education | Unsecured | 845.13 | 0.00 |
| 12. | Credit Acceptance Corp | Unsecured | 431.60 | 0.00 |
| 13. | HSBC Taxpayer Financial Services | Unsecured | 182.80 | 0.00 |
| 14. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 15. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 16. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 18. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 20. | Citicorp Credit Services | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
| 22. | Nca | Unsecured |  | No Claim Filed |
| 23. | MRSI | Unsecured |  | No Claim Filed |
| 24. | Metropolitan Auto | Unsecured |  | No Claim Filed |
| 25. | Professional Account Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Worrell, Tatonisha | Case Number: 08 B 04394 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 2/26/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 27. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 28. | Park Dansan | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,314.11 | $ 908.83 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 63.17 |
| | _____ |
| | $ 63.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

